# UNITED STATES BANKRUPTCY COURT.
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| TOMEKA BAILEY STARKS | : | 12-73722-jem |
|  | : | IN PROCEEDINGS UNDER |
|  | : | CHAPTER 7 OF THE |
| Debtor. | : | BANKRUPTCY CODE |

## ORDER

The Debtor and Capital One, N.A. - Best Buy (the "Creditor") have executed a reaffirmation agreement (Docket # 13) (hereinafter the "Reaffirmation Agreement"). The Court held a hearing to review the Reaffirmation Agreement on notice to the Debtor and the Creditor.

The Reaffirmation Agreement described above does not impose an undue hardship on the Debtor or a dependent of the Debtor and is in the best interest of the Debtor. The Court approves the agreement in accordance with 11 U.S.C. § 524(c)(6)(A).

The Clerk of the Court is **DIRECTED** to serve a copy of this Order on the Debtor, the Chapter 7 Trustee, and the Creditor.

**IT IS SO ORDERED**, this 30th day of January, 2013.

_____
UNITED STATES BANKRUPTCY JUDGE